```
1  PASQUALE LABATE
   SERVENT THE LORD GOD
2  P.O.BOX 21345
   Phoenix,AZ85036
3  (602)284-4742
   Plaintiff the Universal.
4
                IN THE UNITED STATE DISTRICT COURT
5                   FOR THE DISTRICT OF ARIZONA
6
7  PASQUALE SERVENT THE        )
   LORD GOD,                   )
                               )  Case No. CV-13-2366-PHX-DGC
8                              )
        Plaintiff the Universal,)
9                              )
        V,                     )
                               )PASQUALE SERVENT THE LORD GOD.
10                             )MOTION TO STRIKE CITY OF BESBEES
                               )MOTION TO DISMISS THE LORD GOD LAW
11 George W.Bush.Ex_President of)SUIT,FUTHER MOTION FOR THE APROPIETE
   the United State of America, )SANCTION AGAINST CITY OF BESBEES
12 et,al.;                     )ATTORNEY JOHN A.MacKinnon.
                               )
13         Defendant's         )
                               )
14                             )(Asigned to Hon.DAVED G.CAMPBELL)
                               )
15 _____)
```

PASQUALE THE SERVENT THE LORD GOD.Motion to strikecity of Basbee Motion to Dismiss the Lord GOD Law suit.Futher Motion for the appropriete Sanction against the city of Besbees Attorney john A.MacKinnon.The City of Besbees lock judisdiction who try to have the Sams-Sex marriage.

The lorf GOD MADE THE Marriage between one man and one woman bu the party of Besbbes try to go above the lord GOD Law.

The Arizona Attorney General comince the law suit against the City of Besbbes but the Servent the lord GOD believed the City of besbbs re-trieted.

1.

1  The party who try to have the se-sex marriage must stand
2  stand on trial and be punish for his or her misbehaveous.
3  PASQUALE the serventthe lord GOD ask the court here above
4  ask for the city of Besbees to pay Plaintiff for all the expences
5  occuring to sue the City of Besbbes.

8  THE FOREGOING SUBMITTED this 6,day of JAN.2014

By *[signature]*
Pasquale servent the lord GOD.

```
                    MAILING CERTFICATE

STATE OF ARIZONA   )
County of Maricopa )SS. VERIFICATION OF NAMES]
                   )

THE ORIGINAL FOREGOING, File this  6  day of NOV.2014
And copies are Serve to;All Defendant'S HERE UNDERS.

George W.Bush-Ex-President of The UNITED STATE OF AMERICA
C/O,US,Attorney GEN,40 N.Central Ave #1200,Phx,AZ85004-4408
et,al,;
        Defendant's.
BARACK OBAMA-President of the UNITED STATE of AMERICA.
C/O US.Attorney GEN.40 N.Central Ave,#1200,PHX,AZ85004-4408
et,al.;
        Defendant's.
JAN BREWER Govenor of the STATE OF ARIZONA
et.al,;
        Defendant's
POPE JORGE MARIO BERGOGLIO,PONTIFF THE UNIVERSAL.
VATICANO CITY(ROMA ITALIA
MEMBER OF THE LORD GOD.

Chris Gregoire,Govenor of Olympia Washington State,C/O ROB
McKENNA Attorney GEN.for the State of Wash.
1125 SoutheastOlympia,WASH,DC98504,101.
                                        Defendant's
Planned Parenthooh of Arizona Inc.
5651 N,7th,Street Phoenix.AZ85014
                                        Defendant's
Planned Parenthood Federation's of AMERICA INC.
S/A,Corporation Services CO.2338 W,Royal Palm #J
Phoenix,AZ 85021
                                        Defendant's.
Bishop Thomas J.Olmstad,High Priest of Catholics Church'S
400 e.manroe Phoenix,AZ85004
                                        Defendant's
Pastor John D,Enhrich.
2312 E.Campbell Ave,Phoenix,AZ85016-5597.
                                        Defendant,s
CITY OF BESBEE 118 Arizona St.
Besbbe,AZ 85603
                                        Defendant's.
CITY OF TOCSON
255 W.Alameda,TOCSON,AZ 85701
                                        Defendant's
Pastor FRANK PAVONE,National Director for Life
P.O.BOX2105 NAPA,CA,94558-9915.
                                        Defendant's
```

5.